UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES ARTHUR LEE,

    Plaintiff,

vs.                      Case No.:  4:20cv-548-TKW-MAF

MARK S. INCH, et al.,

    Defendants.
_____/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 12). No objections were filed. Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determinations that Plaintiff's motion to proceed in forma pauperis should be denied under the three strikes statute, 28 U.S.C. §1915(g) and this case should be dismissed under that statute and for failure to prosecute.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's motion to proceed in forma pauperis (Doc. 5) is **DENIED**.

3. This case is **DISMISSED**, and the Clerk shall close the file.

**DONE and ORDERED** this 29th day of March, 2021.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**